# United States District Court for the Northern District of Illinois

Case Number: 08CV5000        Assigned/Issued By: DAJ

Judge Name: DARRAH        Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP       [ ] No Fee    [ ] Other ____
             [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00        Receipt #: 3072569

Date Payment Rec'd: 09/03/08        Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                          [ ] Alias Summons
[ ] Third Party Summons              [ ] Lis Pendens
[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                     (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
    (Type of Writ)

__1__ Original and __0__ copies on __09/03/08__ as to __DEF._____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05